UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

OBED ALEXANDER MARTINEZ
EUGARRIOS,

       Petitioner,

    v.

IMMIGRATION AND CUSTOMS
ENFORCEMENT, et al.,

       Respondents.

Case No. 2:26-cv-1522-JES-KRH

---

## OPINION AND ORDER

Before the Court are Petitioner Obed Alexander Martinez Eugarrios's petition for writ of habeas corpus (Doc. 1) and the government's response (Doc. 6). For the following reasons, the petition is denied as moot.

Martinez-Eugarrios is a native and citizen of Nicaragua. (Doc. 6 at 2). He entered the United States without inspection on April 14, 2022. (Id.) He filed a petition for writ of habeas corpus on May 6, 2026 in which he argued, among other things, that he was being improperly detained under 8 U.S.C. § 1225(b)(2)(A) and as a result, ineligible for release on bond. (Doc. 1 at 12).

Subsequent to the petition, the Eleventh Circuit issued its decision in Hernandez Alvarez v. Warden, Federal Detention Center Miami, 175 F.4th 1258 (11th Cir. 2026), which concluded that detainees — such as Martinez-Eugarrios - who are detained by immigration officials after being unlawfully present in the

interior of the United States are entitled to individualized bond hearings under 8 U.S.C. § 1226(a).

Thus, on May 15, 2026, Martinez-Eugarrios received a bond hearing.  (Doc. 6-4 at 1).  The immigration judge determined that Martinez-Eugarrios was not a flight risk or danger to the community and ordered his release from custody under a $7500 bond.  (Id.) Thus, this Court can no longer grant any relief on this petition. A case is moot if a court cannot give meaningful relief to a live controversy.  Soliman v. U.S. ex rel. INS, 296 F.3d 1237, 1242 (11th Cir. 2002).

Accordingly, Martinez-Eugarrios's petition (Doc. 1) is **DENIED** as moot.  The Clerk is directed to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on June 8, 2026.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE